◼ In the Matter of NICHOLAS S., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BENJAMIN S., Appellant. [916 NYS2d 569]—Appeal from an order of the Family Court, Onondaga County (Michele Pirro Bailey, J.), entered May 4, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Fahey, Lindley, Green and Martoche, JJ.